Case: 5:02cr1-R
DN 416

'05 NOV -7 P1:10

FILED
US DISTRICT COURT CLERK
WESTN. DIST. KENTUCKY

Edwin A. Jones
115 1/2 N. Main Street
Henderson, KY 42420

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
Room 127 Federal Building
501 Broadway
Paducah, KY 42001-6801

OFFICIAL BUSINESS

RETURN TO SENDER UNDELIVERABLE AS ADDRESSED

UPA